IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01189-WYD-CBS

DAVID SCHERR,

    Plaintiff,

v.

COMCAST CORPORATION, d/b/a Comcast Cable, d/b/a Comcast NE&TO, a Pennsylvania corporation,

    Defendant.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On March 31, 2014, the parties filed a Notice of Settlement (ECF No. 23) indicating that this matter has settled.  Accordingly, Defendant's motion for summary judgment (ECF No. 21) is **DENIED WITHOUT PREJUDICE.**

    Dated:  April 1, 2014